Entered: June 25th, 2025
Signed: June 24th, 2025
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:    Case No.: **25–10543 – LSS**    Chapter: **7**

**Maria Montague**
Debtor

## ORDER VACATING ORDER DISMISSING CASE

This matter comes before the Court on the motion of the Debtor to reconsider its Order dismissing this case. The Court having considered the motion, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Order dismissing this case is vacated.

cc:   Debtor
      Attorney for Debtor – PRO SE
      Case Trustee – Janet M. Nesse
      U.S. Trustee
      All Creditors

**End of Order**

40x08 (rev. 01/14/2013) – EricaCumberland